**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1581**

_____

In re:  CHARLES JEROME ADAMS,

　　　　　　　　Petitioner.

_____

On Petition for Writ of Mandamus
(1:91-cr-00291-PMD-2)

_____

Submitted:  November 17, 2016　　　Decided:  November 21, 2016

_____

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit
Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Charles Jerome Adams, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Jerome Adams petitions for a writ of mandamus seeking an order directing the district court to resentence him. We conclude that Adams is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by Adams is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED